

**U. S. Department of Justice**

*Michael F. Easley, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

*150 Fayetteville Street*
*Suite 2100*
*Raleigh, North Carolina 27601*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

## NOTICE OF RELATED CASES

DATE:     July 26, 2023

TO:       United States District Court
          Eastern District of North Carolina
          Raleigh, North Carolina 27601

FROM:     N. TYLER LEMONS
          Assistant U.S. Attorney

SUBJECTS: <u>United States v. William Edward Hinton</u>
          Docket No. 5:23CR237 - Western Division

    William Edward Hinton is being charged by indictment with distribution of cocaine base ("crack") in violation of Title 21, United States Code, Section 841(a)(1).

    The cases against Michael Kenroy Bell and Dontez Leon Hinton, charged in <u>United States v. Bell et al,</u> Docket No. 5:23-CR-52-D, and Joel Fitzgerald Hamlin and Raheem Davon Hinton, who are being charged contemporaneously with this case, arise from the same series of transactions and events. If these cases were to be presided over by a different judge, it would result in a substantial duplication of labor if heard by different judges. <u>See</u> EDNC Local Criminal Rule 50.1(a).

Reviewed and approved by:

                                        MICHAEL F. EASLEY, JR.
                                        United States Attorney